Christopher J. Yost, Esq. (Bar No. 150785)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4791
E-mail: cjyost@fedex.com

David P. Knox
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg B – 3d Floor
Memphis, Tennessee 38125
Telephone: (901) 434-6286
Facsimile: (901) 434-9279
E-mail: david.knox@fedex.com
*Admitted pro hac vice*

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION
SHORT TERM DISABILITY PLAN

UNITED STATE DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ROBLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EXPRESS CORPORATION SHORT TERM DISABILITY PLAN; AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>　　　　Defendants. | **CASE NO. 2:12-CV-10730-SVW-JC**<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41**<br><br>**JS-6**<br><br>Complaint Filed: December 17, 2012<br>Trial Date:　　None Set |

　　Pursuant to the Stipulation of Dismissal jointly filed by the parties herein, the Court hereby ORDERS that this action is DISMISSED WITHOUT PREJUDICE in its entirety, each party to bear its own costs and attorney's fees.

　　SO ORDERED.

Dated: April 29, 2013　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRUCT JUDGE

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

992314 (60-14081)

1

ORDER DISMISSING ACTION WITHOUT PREJUDICE
CASE NO. 2:12-CV-10730-SVW-JC